| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| Ray Bourhis, SBN 53196 / Lawrence Mann, SBN 83698<br>RAY BOURHIS & ASSOCIATES<br>1050 Battery St., San Francisco, CA 94111 | 415-392-4660 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>269-229243 | |

Insert name of Court, and Judicial District and Branch Court:
U.s. District Court, Northern District Of California

Plaintiff: STEFANIE COOK, ET AL.
Defendant: USAA GENERAL INDEMNITY COMPANY

| PROOF OF SERVICE<br>(Summons In A Civil Action;) | Hearing Date:<br>Fri, Nov. 16, 2007 | Time:<br>1:30pm | Dept/Div<br>A | Case Number:<br>C 07 4042 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies of the:**
   Summons In A Civil Action; Complaint For Breach Of Flood Insurance Contract (42 Usc 4100 Et Seq.); Breach Of The Covenant Of Good Faith And Fair Dealing; Exhibit 1; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome Letter; Dispute Resolution Procedures Booklet; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Completed); Notice Of Impending Reassignment To A United States District Judge; Reassignment Order; Clerk's Notice

3. a. Party Served: USAA GENERAL INDEMNITY COMPANY (Defendant)
   b. Person Served: SHARRON REEVES, AUTHORIZED AGENT

4. Address where the party was served: RICHARD FOX, AGENT FOR SERVICE
   2241 HARVARD STREET
   SACRAMENTO, CA 95815

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Nov. 09, 2007 (2) at: 3:25PM

7. Person who served the papers:
   a. T. ANDY HARRIS
   b. **WESTERN ATTORNEY SERVICES**
   75 COLUMBIA SQUARE
   SAN FRANCISCO, CA 94103-4015
   c. (800) 696-3558

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* 97.60
   e. I am: (3) Registered California process server.
      (i) Owner
      (ii) Registration No.: 81-002
      (iii) County: Sacramento
      (iv) Expiration: Jan. 02, 2009

8. *I declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Nov. 12, 2007

*Judicial Council Form POS-010*
*Rule 982.9.(a)&(b) Rev Jan. 01, 2007*

PROOF OF SERVICE          (T. ANDY HARRIS)          1851.84274

| Attorney or Party without Attorney:<br>·Ray Bourhis, SBN 53196/Lawrence Mann, SBN 83698<br>·RAY BOURHIS & ASSOCIATES<br>·1050 Battery St.<br>·San Francisco, CA 94111<br>Attorney for: Plaintiff | Telephone No.:<br><br>415-392-4660<br><br>Ref. No. or File No.:<br>269-229243 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: STEFANIE COOK, ET AL.<br>Defendant: USAA GENERAL INDEMNITY COMPANY | | |

| **PROCESS SERVICE**<br>... | Hearing Date:<br>Fri, Nov. 16, 2007 | Time:<br>1:30PM | Dept/Div<br>A | Case Number:<br>C 07 4042 JCS |
|---|---|---|---|---|

1. DOCUMENTS: - SUMMONS IN A CIVIL ACTION; COMPLAINT FOR BREACH OF FLOOD INSURANCE CONTRACT (42 USC 4100 ET SEQ.); BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING; EXHIBIT 1; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME LETTER; DISPUTE RESOLUTION PROCEDURES BOOKLET; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (COMPLETED); NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; REASSIGNMENT ORDER; CLERK'S NOTICE

2. I, T. ANDY HARRIS, and any employees or independent contractors retained by WESTERN ATTORNEY SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on the Defendant **USAA GENERAL INDEMNITY COMPANY** as follows:

   Address #1, Business
   --------------------
   RICHARD FOX, AGENT FOR SERVICE
   2241 HARVARD STREET
   SACRAMENTO CA 95815

| DAY | DATE | TIME | LOCATION | R E S U L T |
|---|---|---|---|---|
| Thu | 11/08/07 | 3:55PM | Business | LEGAL DEPARTMENT WAS CLOSED. THEY ARE ONLY OPEN FROM 8:30 A.M. TO 3:30 P.M Attempt made by T. ANDY HARRIS. |
| Fri | 11/09/07 | 3:25PM | Business | Personally served USAA GENERAL INDEMNITY COMPANY By serving SHARRON REEVES, AUTHORIZED AGENT at business - RICHARD FOX, AGENT FOR SERVICE 2241 HARVARD STREET SACRAMENTO CA 9581, Served by T. ANDY HARRIS. |

3. Person executing:
   T. ANDY HARRIS
   WESTERN ATTORNEY SERVICES
   75 COLUMBIA SQUARE
   SAN FRANCISCO, CA 94103-4015
   (800) 696-3558

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Fee for service:
   d. Registered California process server.
      (2) Registration No.: 81-002
      (3) County: Sacramento

4. *I declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Nov. 12, 2007

   ▶ _(Signature)_   1851.84274

   **PROCESS SERVICE**