1  Lawrence Mann, Esq., State Bar No. 83698
   BOURHIS & MANN
2  259 Oak Street
   San Francisco, California 94102
3  Telephone:  (415) 552-7707
   Facsimile:   (415) 552-7743
4  e-mail:  larry_mann_2000@yahoo.com

5  Ray Bourhis, Esq., State Bar No. 53196
   BOURHIS & MANN
6  1050 Battery Street
   San Francisco, California 94111
7  Telephone: (415) 392-4660
   Facsimile: (415) 421-0259
8  e-mail:  rfbourhis@aol.com

9  Attorneys for Plaintiffs
   STEFANIE COOK and NATHANIEL COOK
10

11               UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 | STEFANIE COOK AND NATHANIEL )   Case No.: C-07-4042-SC
   | COOK,                        )
15 |                              )
   |                              )   **NOTICE OF UNAVAILABILITY OF**
16 |          Plaintiffs,         )   **COUNSEL**
   |                              )
17 |       v.                     )
   |                              )
18 | USAA GENERAL INDEMNITY COMPANY )
   | and DOE 1 through DOE 100, inclusive, )
19 |                              )
   |          Defendants.         )
20 | _____)

21

22

23  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

24       PLEASE TAKE NOTICE that commencing January 28, 2008 and continuing

25  through and including February 8, 2008, attorney Lawrence Mann will be out of the country

26  and unavailable for any purpose, including, without limitation, receiving notice of any kind,

27  appearing in court, responding to ex parte applications or attending depositions.

28       Please be advised that purposely scheduling a conflicting proceeding without good

---
1
NOTICE OF UNAVAILABILITY OF COUNSEL-Case No. C-07-4042-SC

cause is sanctionable conduct [Tenderloin Housing Clinic vs. Sparks (1982) 8 Cal.App.4th 299].

Dated:  November 20, 2007                    BOURHIS & MANN

                                                             /s/   Lawrence Mann
Lawrence Mann, Esq.
Attorney for Plaintiffs
Stefanie Cook and Nathaniel Cook

c:\Marin Flood\Ross Valley\Cook\Notice of Unavailability-001

**PROOF OF SERVICE**
**DECLARATION OF SERVICE BY U.S. MAIL**

**Re: Stefanie Cook, et al. v. USAA General Indemnity Company**
**U.S. District Court, Northern District of California, Case No.: C-07-4042-SC**

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 259 Oak Street, San Francisco, California 94102. On November 20, 2007, I will serve the following document:

**NOTICE OF UNAVAILABILITY OF COUNSEL**

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

USAA General Indemnity Company
c/o Richard Fox
2241 Harvard Street
Sacramento, CA 95815

(X)  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 20, 2007.

_____
Mary Cabezas