Lawrence Mann, Esq., State Bar No. 83698
BOURHIS & MANN
259 Oak Street
San Francisco, California 94102
Telephone: (415) 552-7707
Facsimile: (415) 552-7743
e-mail: larry_mann_2000@yahoo.com

Ray Bourhis, Esq., State Bar No. 53196
BOURHIS & MANN
1050 Battery Street
San Francisco, California 94111
Telephone: (415) 392-4660
Facsimile: (415) 421-0259
e-mail: rfbourhis@aol.com

Attorneys for Plaintiffs
STEFANIE COOK and NATHANIEL COOK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE COOK AND NATHANIEL COOK,<br><br>Plaintiffs,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY and DOE 1 through DOE 100, inclusive,<br><br>Defendants. | Case No.: C-07-4042-SC<br><br>**DECLARATION OF MARY CABEZAS IN SUPPORT OF REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 30, 2007<br>Time:  10:00 a.m.<br>Courtroom: 1<br>Judge:  Honorable Samuel Conti |

I, Mary Cabezas, declare as follows.

I am Attorney Lawrence Mann's assistant and not a party to the within above-entitled action. My business address is: 259 Oak Street, San Francisco, California 94102.

On November 16, 2007, I called our process server, Western Attorney Services, and spoke to Jennifer. She informed me that USAA General Indemnity Company had

1
DECLARATION OF MARY CABEZAS IN SUPPORT OF REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE-Case No. C-07-4042-SC

1 | been served on November 9, 2007 via their agent for service of process: Richard Fox, 2241 Harvard Street, Sacramento, CA 95815.

On November 16, 2007, I contacted USAA General Indemnity Company and spoke to Leonora Osbourne in their claims department. She informed me that an attorney had not been assigned to the case. Ms. Osbourne did not know how long it would take to assign the case to an attorney.

I have personal knowledge of the foregoing, except as to those matters alleged on information and belief and of which I believe are true, and if called as a witness, I could and would testify thereto under oath.

I declare under penalty of perjury that the above is true and correct, and that I signed this declaration on November 20, 2007 in San Francisco, California.

*/s/ Mary Cabezas*
Mary Cabezas

c:\Marin Flood\Ross Valley\Cook\Dec-MC-Req2Continue CMC

PROOF OF SERVICE
DECLARATION OF SERVICE BY U.S. MAIL

*Re: Stefanie Cook, et al. v. USAA General Indemnity Company*
*U.S. District Court, Northern District of California, Case No.: C-07-4042-SC*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 259 Oak Street, San Francisco, California 94102. On November 20, 2007, I will serve the following document:

**DECLARATION OF MARY CABEZAS IN SUPPORT OF**
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

USAA General Indemnity Company
c/o Richard Fox
2241 Harvard Street
Sacramento, CA 95815

(X)   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 20, 2007.

*[Signature: Mary Cabezas]*
Mary Cabezas