Lawrence Mann, Esq., State Bar No. 83698
BOURHIS & MANN
259 Oak Street
San Francisco, California 94102
Telephone: (415) 552-7707
Facsimile: (415) 552-7743
e-mail: larry_mann_2000@yahoo.com

Ray Bourhis, Esq., State Bar No. 53196
BOURHIS & MANN
1050 Battery Street
San Francisco, California 94111
Telephone: (415) 392-4660
Facsimile: (415) 421-0259
e-mail: rfbourhis@aol.com

Attorneys for Plaintiffs
STEFANIE COOK and NATHANIEL COOK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE COOK AND NATHANIEL COOK, <br><br> Plaintiffs, <br><br> v. <br><br> USAA GENERAL INDEMNITY COMPANY and DOE 1 through DOE 100, inclusive, <br><br> Defendants. | Case No.: C-07-4042-SC <br><br> **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: November 30, 2007 <br> Time: 10:00 a.m. <br> Courtroom: 1 <br> Judge: Honorable Samuel Conti |

The court having reviewed Plaintiffs' request for continuance of case management conference, and good cause appearing,

IT IS ORDERED that the Case Management Conference set for November 30, 2007, be continued until ___JANUARY 11, 2008___.

1 | Dated:
2 |
3 | _____
    Honorable Samuel Conti
    United States District Court for the
    Northern District of California
4 |
5 |
6 |
7 |
8 | c:\Marin Flood\Ross Valley\Cook\Order Req2Continue CMC
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE-
Case No. C-07-4042-SC

## PROOF OF SERVICE
## DECLARATION OF SERVICE BY U.S. MAIL

Re: Stefanie Cook, et al. v. USAA General Indemnity Company
U.S. District Court, Northern District of California, Case No.: C-07-4042-SC

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 259 Oak Street, San Francisco, California 94102. On November 20, 2007, I will serve the following document:

**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

USAA General Indemnity Company
c/o Richard Fox
2241 Harvard Street
Sacramento, CA 95815

(X)  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 20, 2007.

*Mary Cabezas*
Mary Cabezas

ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE-
Case No. C-07-4042-SC