GARY R. GLEASON (SB# 136167)
MARGARET A. BURTON (SB# 193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Defendant,*
USAA GENERAL INDEMNITY COMPANY


GERALD J. NIELSEN (La. S.B. 17078)
MARY ELLEN WYATT (La. S.B. 30805)
NIELSEN LAW FIRM, L.L.C.
3838 N. Causeway Blvd. Suite 2850
Metairie, Louisiana 70002
Tel: 504- 837-2500; Fax: 504- 832-9165
*Of Counsel for Defendant,*
USAA GENERAL INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEFANIE COOK AND NATHANIEL COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> USAA GENERAL INDEMNITY COMPANY and DOE 1 and DOE 100, inclusive, <br><br> Defendants. | CASE NO. C-07-4042-SC <br><br> **DEFENDANT USAA GENERAL INDEMNITY COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** <br><br><br> Complaint Filed: August 6, 2007 |

Defendant USAA General Indemnity Company ( hereinafter "USAA-GIC"), a Write-Your-Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended (42 U.S.C. §4001, *et seq.*) (the "NFIA"), and appearing herein in its fiduciary[1] capacity as the

---

[1] 44 C.F.R. §62.23(f).

1

1  "fiscal agent of the United States,"[2] and at the expense of the federal treasury,[3] an files this
2  corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local
3  Rule 3.17, by and through its undersigned counsel.  These representations are made to
4  enable the Court to evaluate possible disqualification or recusal.

7  ENTITY:      USAA GENERAL INDEMNITY COMPANY

9  INTEREST:  USAA-GIC, a Texas corporation, is not publicly held, and is a wholly
                owned subsidiary of United Services Automobile Association ("USAA").
                United Services Automobile Association is a reciprocal interinsurance
                exchange that is considered an unincorporated association, and, therefore,
                a citizen of each state in which USAA has members.  Neither USAA-GIC
                nor USAA has issued any publicly traded stock or public debt.

                Neither USAA nor any of its subsidiaries or affiliates has any direct
                financial interest in the interest in the outcome of this litigation, as
                USAA is appearing herein in its fiduciary capacity as the fiscal agent
                of the U.S. Government.  All risk and expense is borne by the U.S.
                Treasury by and through Defendant's Arrangement with the Federal
                Emergency Management Agency ("FEMA"), and all payments made
                under a Standard Flood Insurance Policy are paid for with U.S.
                Treasury funds and not the direct funds of USAA.  The NFIP is not a
                re-insurance program or reimbursement program.  USAA-GIC knows
                of no other business entities with a financial interest in the outcome of
                this litigation.

20  ENTITY:      U.S. TREASURY/ NATIONAL INSURANCE FUND (Administered by
                  FEDERAL EMERGENCY MANAGEMENT AGENCY ("FEMA")

                R. David Paulison
                Administrator
                FEMA Mitigation Division
                Washington, DC

---

[2] 42 U.S.C. §4071 (a)(1) and *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

[3] 42 U.S.C. §4017(d)(1); *Van Holt v. Liberty Mutual Fire Ins. Co.,* 163 F.3d 161 (3rd Cir. 1998).

1 INTEREST: The federal government underwrites the National Flood Insurance Program policies. Claims and the cost of defending claims are paid out of the National Flood Insurance Fund of the U.S. Treasury or paid out of a line of credit issued by the U.S. Treasury.

This list included the parties that the undersigned counsel is familiar with and does not include information on parties counsel does not represent.

DATED: December 18, 2007                Respectfully submitted,

_____/s/_____
GARY R. GLEASON (SB# 136167)
MARGARET A. BURTON (SB# 193386)
FARBSTEIN & BLACKMAN, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Defendant,*
**USAA GENERAL INDEMNITY COMPANY**

GERALD J. NIELSEN (La. S.B. 17078)
MARY ELLEN WYATT (La. S.B. 30805)
NIELSEN LAW FIRM, L.L.C.
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel: 504-837-2500; Fax: 504-832-9165
*Of Counsel for Defendant,*
**USAA GENERAL INDEMNITY COMPANY**