UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-4042          SAMUEL CONTI          DATE 1/11/07
Case Number          Judge

Title: STEFANIE COOK, et al.      vs USAA GENERAL INDEMNITY COMPANY

Attorneys: LAWRENCE MANN          GARY GLEASON

Deputy Clerk: T. De Martini    Court Reporter: Sahar McVickar

Court   Pltf's   Deft's
(XXX)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff: 10/8/08          Pretrial Statements Due

Case Continued to 11/21/08 @ 10:00 A.M.   for Pretrial Conference

Case Continued to 12/8/08 @ 9:30 A.M.     for Jury Trial

Case Continued to                   for Further Status Conference

Case Continued to 10/24/08 @ 10:00 A.M.   for Motions

ORDERED AFTER HEARING:

cc: