Lawrence Mann, Esq., State Bar No. 83698
BOURHIS & MANN
259 Oak Street
San Francisco, California 94102
Telephone:  (415) 552-7707
Facsimile:    (415) 552-7743
e-mail:  larry_mann_2000@yahoo.com


Ray Bourhis, Esq., State Bar No. 53196
BOURHIS & MANN
1050 Battery Street
San Francisco, California 94111
Telephone: (415) 392-4660
Facsimile: (415) 421-0259
e-mail:  rfbourhis@aol.com

Attorneys for Plaintiffs
STEFANIE COOK and NATHANIEL COOK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE COOK AND NATHANIEL COOK,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>USAA GENERAL INDEMNITY COMPANY and DOE 1 through DOE 100, inclusive,<br><br>　　　　　Defendants. | Case No.:  C-07-4042-SC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

　　　　PLEASE TAKE NOTICE that commencing July 7, 2008 and continuing through and including July 30, 2008, attorney Lawrence Mann will be out of the country and unavailable for any purpose, including, without limitation, receiving notice of any kind, appearing in court, responding to ex parte applications or attending depositions.

　　　　Please be advised that purposely scheduling a conflicting proceeding without good

1

**NOTICE OF UNAVAILABILITY OF COUNSEL-Case No. C-07-4042-SC**

1 | cause is sanctionable conduct [Tenderloin Housing Clinic vs. Sparks (1982) 8 Cal.App.4th
2 | 299].

3 | Dated: May 28, 2008

BOURHIS & MANN

BY: _____
Lawrence Mann, Esq.
Attorney for Plaintiffs

c:\Marin Flood\Ross Valley\Cook\Notice of Unavailability-002

05/28/2008  12:19   415-552-7743          LAW/O LAWRENCE MANN              PAGE  02
Case 3:07-cv-04042-SC   Document 20   Filed 05/28/2008   Page 3 of 3

**PROOF OF SERVICE**
**DECLARATION OF SERVICE BY U.S. MAIL**

Re: *Stefanie Cook, et al. v. USAA General Indemnity Company*
U.S. District Court, Northern District of California, Case No.: C-07-4042-SC

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 259 Oak Street, San Francisco, California 94102. On May 28, 2008, I will serve the following document:

**NOTICE OF UNAVAILABILITY OF COUNSEL**

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| GARY R. GLEASON<br>MARGARET A. BURTON<br>FARBSTEIN & BLACKMAN<br>A Professional Corporation<br>411 Borel Avenue, Suite 425<br>San Mateo, California 94402-3518<br>Local Counsel for Defendant,<br>USAA GENERAL INDEMNITY COMPANY | GERALD J. NIELSEN<br>MARY ELLEN WYATT<br>NIELSEN LAW FIRM, L.L.C.<br>3838 N. Causeway Blvd. Suite 2850<br>Metairie, Louisiana 70002<br>Of Counsel for Defendant,<br>USAA GENERAL INDEMNITY COMPANY |

(X)  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on May 28, 2008.

*/s/ Mary Cabezas*
Mary Cabezas

3
NOTICE OF UNAVAILABILITY OF COUNSEL-Case No. C-07-4042-SC