GARY R. GLEASON (SB# 136167)
MARGARET A. BURTON (SB# 193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Defendant,*
USAA GENERAL INDEMNITY COMPANY

GERALD J. NIELSEN (La. SB# 17078)
CHRISTOPHER J. BELL (La. SB# 22734)
NIELSEN LAW FIRM, L.L.C.
3838 N. Causeway Blvd. Suite 2850
Metairie, Louisiana 70002
Tel: 504- 837-2500; Fax: 504- 832-9165
*Of Counsel for Defendant,*
USAA GENERAL INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEFANIE COOK AND NATHANIEL COOK,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY and DOE 1 and DOE 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. C-07-4042-SC<br><br>**DECLARATION OF GARY R. GLEASON IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(b)(6) TO DISMISS STATE LAW BASED CLAIMS AND MEMORANDUM IN SUPPORT THEREOF**<br><br>Date:　　　October 24, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　1<br><br>Complaint Filed: August 6, 2007 |

I, Gary R. Gleason, declare under penalty of perjury under the laws of California and the United States:

1.    I am an attorney licensed to practice law in the State of California and an employee of Farbstein & Blackman, A Professional Corporation, attorneys of record for defendant Fidelity National Property and Casualty Insurance Company.  I make this declaration based upon facts within my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.  If called upon to testify to the matters stated herein, I could testify competently and truthfully.

2.    Attached hereto as <u>Exhibit 1</u>  is a true and correct copy of 44 C.F.R. Pt. 62, App. A, Art. III(c)).

3.    Attached hereto as <u>Exhibit 2</u>, is a true and correct copy of *Wright v. Allstate*, 2007 WL 2636725 (5th Cir. 2007)

4.    Attached hereto as <u>Exhibit 3</u>, is a true and correct copy of *C.E.R. 1988, Inc. v. Aetna* 386 F.3d 263 (3rd. Cir. 2004)

5.    Attached hereto as <u>Exhibit 4</u>, is a true and correct copy of *Pecarovich v. Allstate Insurance Company*, 272 F.Supp.2d 981 (C.D.Cal. 2003).

6.    Attached hereto as <u>Exhibit 5</u>, is a true and correct copy of *Scherz v. South Carolina Insurance Co.*, 112 F.Supp.2d 1000 (C.D.Cal. 2000).

7.    Attached hereto as <u>Exhibit 6</u>, is a true and correct copy of *Novikov v. Allstate Insurance Company* 2001 WL 880852 (E.D. Cal.2001).

8.    Attached hereto as <u>Exhibit 7</u>, is a true and correct copy of  *Brown v. Omaha Property and Casualty Insurance Company,*  Civil Action No. SA-03-0721 (W.D.

1    TX., 1/6/04) .

3    9.   Attached hereto as Exhibit 8, is a true and correct copy of *Hayes v. Allstate Insurance Company,* Case No. CV-03-PT-3343-S (N.D. Alabama, 6/14/2004.

6    10.  Attached hereto as Exhibit 9, is a list of NPIF cases finding preemption of state law based upon extra-contractual claims.

9    11.  Attached hereto as Exhibit 10, is a true and correct copy of the Order in *Axelrod v. Bankers Insurance Company.*

12   12.  Attached hereto as Exhibit 11, is a true and correct copy of the Order in *Fonseca v. Bankers Insurance Company.*

15   13.  Attached hereto as Exhibit 12, is a true and correct copy of the *Amicus Curiae Brief* submitted by the United States in *Van Holt v. Liberty Mutual Fire Insurance Company and Liberty Mutual Group.*

19   14.  Attached hereto as Exhibit 13, is a true and correct copy of *Newton v. Capital Assurance Corp.,* 245 F.3d 1306 (11th Cir., 2001).

22   15.  Attached hereto as collective Exhibit 14 are true and correct copies of orders in *Shuwayhat vs. Fidelity National Property & Casualty Insurance Company,* C -07-05351 MHP (N.D. Cal. 6/20/08) and *Steele v. Bankers Insurance,* CV-06-1395 GHK (C.D. Cal. 6/04/07) dismissing state law claims in unopposed motions. These orders were issued by U.S. District Courts located in California.

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed on May 19, 2008 at San Mateo, California.

_____

DECLARATION OF GARY R. GLEASON IN
SUPPORT OF DEFENDANT'S MOTION TO
DISMISS STATE LAW CLAIMS