EXHIBIT 14

DECL OF GARY R. GLEASON IN
SUPP. OF DEF.'S MTN TO DISMISS
STATE LAW CLAIMS

**ORIGINAL**    P/SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 06-1395-GHK (Ex) | Date | June 4, 2007 |
|---|---|---|---|
| Title | *Steele v. Bankers Ins. Co.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None                                      None

**Proceedings:**   (In Chambers) Order re: (1) Defendant's Motion to Quash Jury Demand
(2) Defendant's Motion for Judgement on the Pleadings

This matter is before the Court on Defendants' Motion to Quash Jury Demand and Defendant's Motion for Judgement on the Pleadings (collectively "Motions"). We have considered the papers filed in support of this Motion, and deem this matter appropriate for resolution without oral argument. L.R. 7-15. No opposition was timely filed. *See* L.R. 7-9, 7-12.

Defendant moves to quash Plaintiff's jury demand. The record reflects that no such demand was made. As such, the Motion to Quash Jury Demand is **DENIED** as moot. We deem this matter appropriate for court trial.

Defendant also moves for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Claim One, for breach of the implied covenant of good faith and fair dealing, and Claim Three, for intentional infliction of emotional distress. As noted above, Plaintiff did not timely oppose Defendant's Motion for Judgment on the Pleadings, which is deemed his consent to its being granted. L.R. 7-12. State tort claims related to the handling and denial of coverage under the Standard Flood Insurance Policy ("SFIP") are barred by the doctrine of conflict preemption. *See English v. Gen. Elec. Co.*, 496 U.S. 72, 79 (1990). Plaintiff's sole remedy is a claim for breach of contract. *See Scherz v. S.C. Ins. Co.*, 112 F. Supp. 2d 1000, 1008–09 (C.D. Cal. 2000); *see also Flick v. Liberty Mut. Fire Ins. Co.*, 205 F.3d 386, 396 n.14 (9th Cir. 2000). Defendant's Motion for Judgment on the Pleadings is **GRANTED**, and Claims One and Three are hereby **DISMISSED** with prejudice.

Plaintiff's Claim Four is claim for declaratory relief. It appears, however, to merely duplicate Claim Two, which is for breach of contract. Accordingly, Plaintiff is hereby **ORDERED** to show cause, in writing, within twelve days hereof, why Claim Four should not be dismissed as duplicative.

//
//
//
//
//
//

DOCKETED ON CM
JUN - 4 2007
BY _____ 053

CV-90 (06/04)        CIVIL MINUTES - GENERAL        Page 1 of 2

P/SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 06-1395-GHK (Ex) | Date | June 4, 2007 |
|---|---|---|---|
| Title | *Steele v. Bankers Ins. Co.* | | |

Plaintiff's failure to timely and adequately show cause shall be deemed his admission that Claim Four is duplicative and should be dismissed.

**IT IS SO ORDERED.**

Initials of Deputy Clerk ___Bea___

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS SHUWAYHAT, et al., | No. C 07-05351 MHP |
| Plaintiffs, | |
| v. | **MEMORANDUM & ORDER** |
| FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY, | Re: Defendant's Motion to Quash Jury Demand; Defendant's Motion for Partial Judgment on the Pleadings |
| Defendant. / | |

On October 19, 2007 plaintiffs Gus, Selma, Manwel and Samira Shuwayhat filed this action against defendant alleging a breach of contract and the breach of the covenant of good faith and fair dealing. On May 19, 2008 defendant moved this court to quash plaintiffs' jury demand and for judgment on the pleadings with respect to plaintiffs' state-law based claims under Federal Rule of Civil Procedure 12(b)(6). See Docket Nos. 18, 19. On June 2, 2008 plaintiffs filed a statement of non-opposition to both motions. See Docket Nos. 21, 22.

Based on plaintiffs' statement of non-opposition, the court hereby GRANTS defendant's motion to quash the jury demand and GRANTS defendant's motion to dismiss plaintiffs' state-law based allegations. Thus, only plaintiffs' breach of contract claim and the related declaratory relief claim remain in the action.

IT IS SO ORDERED.

Dated: June 20, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California