GARY R. GLEASON (SB# 136167)
MARGARET A. BURTON (SB# 193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Defendant,*
USAA GENERAL INDEMNITY COMPANY


GERALD J. NIELSEN (La. SB# 17078)
CHRISTOPHER J. BELL (La. SB# 22734)
NIELSEN LAW FIRM, L.L.C.
3838 N. Causeway Blvd. Suite 2850
Metairie, Louisiana 70002
Tel: 504- 837-2500; Fax: 504- 832-9165
*Of Counsel for Defendant,*
USAA GENERAL INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEFANIE COOK AND NATHANIEL COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> USAA GENERAL INDEMNITY COMPANY and DOE 1 and DOE 100, inclusive, <br><br> Defendants. | CASE NO. C-07-4042-SC <br><br> **DECLARATION OF GARY R. GLEASON IN SUPPORT OF DEFENDANT'S MOTION TO QUASH JURY DEMAND** <br><br> Date:   October 24, 2008 <br> Time:   10:00 a.m. <br> Courtroom: 1 <br><br> Complaint Filed: August 6, 2007 |

I, Gary R. Gleason, declare under penalty of perjury under the laws of California and the United States:

---

1

DECL OF GARY R. GLEASON IN SUPP. OF
DEF.'S MOTION TO QUASH JURY DEMAND

1.  I am an attorney licensed to practice law in the State of California and an employee of Farbstein & Blackman, A Professional Corporation, attorneys of record for defendant USAA General Indemnity Company. I make this declaration based upon facts within my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true. If called upon to testify to the matters stated herein, I could testify competently and truthfully.

2.  Attached hereto as Exhibit 1, is a true and correct copy of the Order in *Whitfield v. Fidelity National Insurance Company.*

3.  Attached hereto as Exhibit 2, is a true and correct copy of the Order in *Donald Truex v. Allstate Insurance Company, et al*, Case No. 03-cv-06587 (C.D.Cal. January 21, 2005).

4.  Attached hereto as Exhibit 3, is a true and correct copy of *Winkler v. State Farm*, Case No. 3:03-cv-202 (S.D.Miss. May 21, 2004).

5.  Attached hereto as Exhibit 4, is a true and correct copy of the Order in *Pecarovich v. Allstate Insurance Company*, Case No. 99-cv-2129 (November 23, 2005).

6.  Attached hereto as Exhibit 5, is a true and correct copy of the Order in *Scritchfield v. Mutual of Omaha,* Case No. 1:04-cv-116 (E.D. Tex. October 25, 2004).

7.  Attached hereto as Exhibit 6, is a true and correct copy of the Order in *Fletcher v. Texas Farmers Insurance Co.*, Case No. H-03-0758 (S.D.Tex. July 1, 2003).

8. Attached hereto as <u>Exhibit 7</u>, is a true and correct copy of the Order in *Hanson v. FNIC, et al.*, Case No. 2:05-cv-118 (M.D.Fla. November 2, 2005).

9. Attached hereto as <u>Exhibit 8</u>, is a true and correct copy of the Order in *Guerra v. Union American Ins. Co.*, Case No. 01-5089 (S.D.Fla. August 21, 2002).

10. Attached hereto as <u>Exhibit 9</u>, is a true and correct copy of the Order in *Chaviano v. State Farm Fire and Cas. Co.*, Case No. 01-0827 (S.D.Fla. April 9, 2002).

11. Attached hereto as <u>Exhibit 10</u>, is a true and correct copy of the Order in *Jones v. Hartford Fire Ins. Co.*, Case No. 01-8087 (S.D.Fla. February 25, 2002).

12. Attached hereto as <u>Exhibit 11</u>, is a true and correct copy of the Order in *Dere v. Allstate Ins. Co., et al.*, Case No. 6:98-cv-1408-22C (M.D.Fla. Jun. 6, 2000).

13. Attached hereto as <u>Exhibit 12</u>, is a true and correct copy of the Order in *Nutt v. Allstate Ins. Co.*, Case No. 3:96cv549/RV (N.D.Fla. March 24, 2000).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 12, 2008 at San Mateo, California.

_____
[signature]

3   DECLARATION OF GARY R. GLEASON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS STATE LAW CLAIMS