|  | LAW OFFICES OF | |
|---|---|---|
| | **FARBSTEIN & BLACKMAN** | |
| | A PROFESSIONAL CORPORATION | TELEPHONE |
| DONALD F. FARBSTEIN | 411 BOREL AVENUE | (650) 554-6200 |
| MICHAEL A. FARBSTEIN | SUITE 425 | FACSIMILE |
| JOHN SOMERS BLACKMAN | SAN MATEO, CALIFORNIA 94402-3518 | (650) 554-6240 |
| GARY R. GLEASON | www.farbstein.com | E-MAIL ADDRESS |
| MARGARET A. BURTON* | | |
| DEIRDRE O'REILLY MARBLESTONE | | |
| *ALSO ADMITTED IN NEVADA | | |

April 22, 2009

Hon. Samuel Conti
Judge, United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom 1
San Francisco, CA 94102

Re:   <u>Stefanie Cook and Nathaniel Cook v. USAA General Indemnity Company</u>
       USDC, Northern District of California, Case No. C-07-4042 -SC

Dear Judge Conti,

We write on behalf of both parties with respect to the trial set for April 27, 2009 in the above referenced matter. The parties hereby request permission to bring the following electronic equipment/liquids into the court on Friday April 24, 2009 at 10:00 a.m.

<u>Plaintiffs' Equipment / liquids:</u>
2 Laptop computers
1 Case water

<u>Defendants Equipment / liquids</u>
2 Laptop computers
1 "ELMO" overhead projector
1 Personal computer image projection machine
1 Case water

We thank you for your consideration of this request.

Sincerely,
FARBSTEIN & BLACKMAN

GARY R. GLEASON

GRG:mis
cc: Lawrence Mann, Esq (Plaintiffs' counsel)

Permission is hereby granted to allow the above referenced items into the Courthouse.

IT IS SO ORDERED
Judge Samuel Conti

_____                    Date:  4/23/09
Hon. Samuel Conti                                 _____