UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE COOK AND NATHANIEL COOK,<br><br>Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY and DOE 1 through DOE 100, inclusive,<br><br>Defendants. | No. 07-4042 SC<br><br>ORDER RE RETENTION OF <u>TRIAL MATERIALS</u> |

Both parties in the above-captioned matter are directed to retain for appeal purposes their original trial exhibits, used in the trial that was held on April 27, 2009, to April 29, 2009. These materials are to be retained in their current state.

IT IS SO ORDERED.

Dated: June 4, 2009

UNITED STATES DISTRICT JUDGE